## STATE v. TREECE

No. 150P98

Case below: 129 N.C.App. 93

Notice of appeal by defendant pursuant to G.S. 7A-30 (substantial constitutional question) dismissed 7 May 1998. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 May 1998.

## STATE v. WILSON

No. 97PA98

Case below: 128 N.C.App. 688

Petition by Attorney General for writ of supersedeas allowed 7 May 1998. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 allowed 7 May 1998.

## STEWART v. STEWART

No. 90P98

Case below: 128 N.C.App. 754

Notice of appeal by defendant pursuant to G.S. 7A-30 (substantial constitutional question) dismissed 7 May 1998. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 May 1998.

## STREET v. INTEGRATED SYSTEM SOLUTIONS CORP.

No. 127P98

Case below: 128 N.C.App. 749

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 6 May 1998. Motion by plaintiff (Street) for sanctions denied 6 May 1998.

## TEDDER v. ALFORD

No. 12P98

Case below: 128 N.C.App. 27

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 6 May 1998.